ORDERED UNSEALED on 03/27/2024 s/ Alexandra

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL MARIO HAYNES, JR.,<br>Defendant. | Case No.: 24mj1216<br>COMPLAINT FOR VIOLATION OF:<br>Title 18 U.S.C. §922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

On or about January 31, 2024, within the Southern District of California, defendant MIGUEL MARIO HAYNES, JR., knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded Glock 43X 9 mm handgun bearing serial number BZLD317, in violation of Title 18, United States Code, Section 922(g)(1).

COLE V. JONES
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 25 day of March 2024.

HON. JILL BURKHARDT
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all the information known to myself or other federal agents and state and local officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On January 31, 2024, at approximately 5:55 p.m., a patrolling San Diego Police Department Officer observed a yellow four-door Dodge Ram braking at the intersection of Taylor Street and Pacific Highway in San Diego, which is within the Southern District of California. The officer observed that the vehicle had an inoperable third brake light. The officer initiated a traffic stop of the yellow truck based on the observed California vehicle code violation. The officer approached the driver side of the vehicle, and observed that the vehicle was occupied by two individuals, later identified as MIGUEL MARIO HAYNES (driver and registered owner), and E.B. (front seat passenger).

The officer informed HAYNES of the reason for the traffic stop, and HAYNES acknowledged that he needed to get it fixed, and was in the area to pick up his brother at the trolley station. The officer obtained HAYNES' and E.B.'S identification, and conducted a records check. The records check revealed that E.B. was on probation in San Diego County for controlled substances and firearms convictions. The officer informed E.B. that the officer would be conducting a Fourth Amendment waiver compliance check, which E.B. acknowleged. HAYNES was also asked to exit the vehicle in order for the officer to safely conduct a search pursuant to the Fourth Amendment waiver. HAYNES initially hesitated when he was asked to exit the vehicle, and glanced towards the driver's side floorboard. When officers explained that HAYNES needed to exit in order for the officers to conduct a safe waiver search, HAYNES stepped out of the vehicle.

Both occupants stepped out of the vehicle, and were escorted to the officer's patrol vehicle. The officer conducted a Fourth waiver search on the front right passenger side of the vehicle where E.B. was sitting, along with any areas within E.B.'S reach. There was a

blue Nike backpack sitting on top of other belongings in the backseat of the vehicle, directly between both occupants. The officer opened the backpack and found multiple bags with the logo "Backpack Boyz" on the front, and a marijuana caution symbol in the left corner. The officer opened one of the bags and observed a crystalline material inside, which the officer recognized as methamphetamine.

When shown the backpack, E.B. stated that it was not his. HAYNES claimed ownership of the backpack. Officers proceeded to conduct a search of the rest of the vehicle. Officers found a black bag behind the front passenger seat. The bag was opened, and officers found, wrapped in a gray towel, a AK-style pistol in the main compartment of the bag, along with a 60-round capacity magazine, detached from the firearm. The magazine was loaded with 13 rounds of 7.62 by .39 TUL ammunition. Officers continued searching the vehicle and found a Glock 43X 9amm handgun with serial number BZLD317 under the driver side floorboard mat. The firearm had a 10 round magazine loaded with seven rounds of 9mm PPU ammunition. Another round was ejected from the chamber of the firearm.

A records check of HAYNES revealed the following felony criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 10/20/2014 | CASC – San Diego | PC §211 – Robbery | 10 years |

The Glock firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

HAYNES and E.B. were placed under arrest and transported to San Diego Police Headquarters. Both were interviewed and denied knowledge of the drugs and guns found in the vehicle.

**<u>REQUEST FOR SEALING</u>**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of

the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.